| Date | Pleading Number | |
|---|---|---|
| 12/16/70 | | ORDER TO SHOW CAUSE. (A-1 thru A-11). Sent to involved judges and counsel. |
| 12/21/70 | | HEARING ORDER Entered. Sent to Judges and Hearing Clerk NOTICE OF HEARING Mailed to Counsel |
| 1/4/71 | 1. | Response of Addile W. Stovall |
| 1/4/71 | 2. | Response and Brief of the Orion Insurance Company |
| 1/4/71 | 3. | Response of Mary I. Cates, Evander W. Walton, Van W. Walton (Plaintiffs) and Martha G. Baber (Defendant) |
| 1/4/71 | 4. | Response of the Avion Airways, Inc., Avion, Inc., Pauline F. Hayes, and Mike Willatt, etc. |
| 1/6/71 | 5 | Response of Anne C. Jackson |
| 1/6/71 | 6 | Response of Lois L. Tennyson |
| 1/11/71 | 7 | ~~Response of Cates, Tennyson, Jackson, Walton, & Stovall~~ |
| 1/11/71 | | Response of U.S.A. |
| 1/18/71 | | HEARING ORDER VACATED. Sent to involved judges & counsel. and Hearing Clerk |
| 2/9/71 | | HEARING ORDER for D. C. on February 26. Notice to counsel; copies to judge |
| 2/16/71 | 8. | Motion to Vacate Hearing Order by plaintiffs. |
| 2/19/71 | 9. | Ltr. fr. Defendant Avion Airways, Inc. joining motion to vacate hearing. |
| 2/19/71 | | Hearing Order Vacated. |
| 2/23/71 | | ORDER ENTERED - Requiring plaintiffs to submit to Clerk of Panel a report listing the current status of all actions involved in the litigation. Sent to counsel of record and involved judges. |
| 3/26/71 | 10. | STATUS REPORT by plaintiffs. |
| 6/24/71 | | HEARING ORDER - Set for July 30, 1971, Denver Colorado A-5 thru A-11 and B-1 thru B-4 |
| 7/6/71 | 11 | Motion of pltfs. Cates, Cates, Walton & Orion to Vacate Hearing |
| 7/13/71 | | ORDER - denying plaintiffs Cates, Cates, Walton & Orion Motion to Vacate hearing - Sent to counsel. |
| 8/25/71 | | CONSENT OF Chief Judge Bailey Brown, W.D. Tenn., for Judge McRae to handle litigation |
| 8/25/71 | | OPINION AND ORDER transferring 6 actions from S.D. Texas to W.D. Tenn. and assigning same to Judge McRae for consolidated or coordinated pretrial proceedings. |

OPINION AND ORDER OF AUG. 25, 1971 *331* F. SUPP. *554*

DOCKET NO. 64

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation   *Computer I.D. No. 651*

IN RE AIR CRASH DISASTER AT NEW ORLEANS (MOISANT FIELD), LOUISIANA ON MARCH 20, 1969   *Transferred to Judge McRae 8/25/71*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Mary I. Cates, etc., et al. v. United States of America  *dismissed 1/15/71* | W.D. Tenn. C-70-73 | McRae | (*) | |
| A-2 | Lois L. Tennyson, etc. v. United States of America  *dismissed 1/15/71* | W.D. Tenn. C-70-74 | McRae | | |
| A-3 | Anne C. Jackson, etc. v. United States of America  *dismissed 1/15/71* | W.D. Tenn. C-70-75 | McRae | | |
| A-4 | Evander W. Walton v. United States of America  *dismissed 1/15/71* | W.D. Tenn. C-70-77 | McRae | (*) | |
| A-5 | Addile W. Stovall, etc. v. United States of America  *dismissed 1/15/71* | W.D. Tenn. C-70-78 | McRae | | |
| A-6 | Van W. Walton v. Avion Airways, Inc., et al.  *dismissed 10/22/71* | S.D. Texas 70-H-247 | Singleton | 8/25/71 | C-71-338 |
| A-7 | Anne C. Jackson, et al. v. Avion Airways, Inc., et al.  *dismissed 10/22/71* | S.D. Texas 70-H-246 | Singleton | 8/25/71 | C-71-339 |
| A-8 | Lois E. Tennyson, etc. v. Avion Airways, Inc., et al.  *dismissed 10/22/71* | S.D. Texas 70-H-245 | Singleton | 8/25/71 | C-71-340 |
| A-9 | Addile W. Stovall, etc. v. Avion Airways, Inc., et al.  *dismissed 10/22/71* | S.D. Texas 70-H-244 | Hannay | 8/25/71 | C-71-341 |
| A-10 | Mary I. Cates, et al. v. Avion Airways, Inc., et al.  *dismissed 10/22/71* | S.D. Texas 70-H-238 | Bue | 8/25/71 | C-71-342 |
| A-11 | The Orion Insurance Co., Ltd., etc. v. Martha G. Baber, etc., et al. | S.D. Texas 70-H-947 | Hannay | 8/25/71 | C-71-354 |
| B-1 (B×I) | Mary I. Cates, et al. v. United States of America  *on appeal* | W.D. Tenn. C-70-485 | McRae | 8/25/71 | Combined & re-filed as here |
| B-2 | Lois L. Tennyson, et al. v. United States of America  *dismissed 10/22/71* | W.D. Tenn. C-71-18 | McRae | | *The Court verified 5/75* TR 6, AV2 4, DIS 10/9, Pending 1 |
| B-3 | Anne C. Jackson, et al. v. United States of America  *dismissed 10/22/71* | W.D. Tenn. C-71-19 | McRae | | |
| B-4 | Addile Stovall Martin, et al. v. United States of America  *dismissed 10/22/71* | W.D. Tenn. C-71-28 | McRae | | |

*Opinion and Order of Aug 25, 1971*

*Transfer to 12/30/71*

DOCKET NO. 64

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE AIR CRASH DISASTER AT NEW ORLEANS (MOISANT FIELD), LOUISIANA ON MARCH 20, 1969

LIAISON COUNSEL

| No. | Plaintiff | Defendant |
|---|---|---|
| | John D. Causey, Esquire<br>208 Adams Avenue<br>Memphis, Avenue Tenn. 38103<br><br>Lee S. Kreindler, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York 10016<br><br>Lucius Burch, Jr., Esquire<br>Burch, Porter & Johnson<br>Court Square Building<br>128 North Court Avenue<br>Memphis, Tennessee 38103<br><br>Ernest G. Kelley, Jr., Esquire<br>Evens, Petree, Cobb & Edwards<br>900 Memphis Bank Building<br>Memphis, Tennessee | Thomas F. Turley, Jr., Esquire<br>United States Attorney<br>1058 Federal Building<br>167 N. Main Street<br>Memphis, Tennessee 38101<br><br>David Bland, Esquire<br>Barrow, Balnd & Rehmet<br>12th Floor, The Main Bl-g.<br>Houston, Texas<br><br>Gordon Close, Esquire<br>Lord, Bissell & Brook<br>135 S. LaSalle Street<br>New York, New York 60603 |

25

DOCKET NO. 64

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE AIR CRASH DISASTER AT NEW ORLEANS (MOISANT FIELD), LOUISIANA ON MARCH 20, 1969

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | George T. Lewis, Esquire<br>Waring, Walker, Cox & Lewis<br>Suite 2410, Sterick Building<br>Memphis, Tennessee<br><br>John D. Causey, Esquire<br>208 Adams Avenue<br>Memphis, Tennessee 38103<br><br>Robert L. Dobbs, Esquire<br>100 North Main Building<br>Memphis, Tennessee<br><br>Lee S. Kreindler, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York 10016<br><br>Richard H. Allen, Esquire<br>15th Floor, Commerce Title Bldg.<br>Memphis, Tennessee<br><br>John Aycock, Esquire<br>119 South Court Avenue<br>Memphis, Tennessee<br><br>W. J. Chiapella<br>First American Bank Building<br>Memphis, Tennessee<br><br>Robert Fargarson<br>Lincoln American Tower Building<br>Memphis, Tennessee<br><br>Cecil G. Keltner<br>Suite 1002, 100 North Main Street Bldg.<br>Memphis, Tennessee<br><br>James E. Leary, Esquire<br>216 Washington Avenue<br>Memphis, Tennessee<br><br>J. Woodrow Norvell, Esquire<br>Lincoln American Tower Building<br>Memphis, Tennessee | Thomas F. Turley, Jr., Esquire<br>United States Attorney<br>1058 Federal Building<br>167 N. Main Street<br>Memphis, Tennessee 38101<br><br>Philip Silverman, Esquire<br>Room 3537<br>Department of Justice<br>Washington, D. C. 20530<br>  DO NOT OPEN IN MAIL ROOM - DELIVER IMMEDIATELY |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 cont. | Thomas R. Prewitt, Esquire<br>15th Floor, Commerce Title Bldg.<br>Memphis, Tennessee | |
| A-2<br>A-3 | Joel Porter, Esquire<br>Burch, Porter & Johnson<br>Court Square Building<br>128 North Court Avenue<br>Memphis, Tennessee 38103 | Same as A-1 above (Turley) |
| A-4 | John B. Mack, Esquire<br>1820 Exchange Building<br>Memphis, Tennessee 38103<br><br>Same as A-1 above (Kreindler) | Same as A-1 above (Turley) |
| A-5 | Ernest G. Kelley, Jr., Esquire<br>Evans, Petree, Cobb & Edwards<br>900 Memphis Bank Building<br>Memphis, Tennessee 38103 | Same as A-1 above (Turley) |
| A-6 | John L. Hill, Esquire<br>600 Houston First Savings Bldg.<br>Houston, Texas | David Bland, Esquire<br>Barrow, Bland & Rehmet<br>12th Floor, The Main Bldg.<br>Houston, Texas |
| A-7 | Randall R. Shenk, Esquire<br>~~1520 Pease Avenue~~ 26A Prospect St<br>~~Houston, Texas~~ Ramsey, N.J. 07446 | Same as A-6 above |
| A-8 | Same as A-2 & 3 above | Same as A-6 above |
| A-9 | Same as A-6 above | Same as A-6 above |
| A-10 | Same as A-6 above | Same as A-6 above |
| A-11 | L. S. Carsey, Esquire<br>Fulbright, Crooker, Freeman, Bates<br>  & Jaworski<br>Bank of the Southwest Building<br>Houston, Texas | Baber (Same as A-1 & 10 plfs.)<br>Bonds (Same as A-1 & 10 plfs.)<br>Byrd, Nat'l Bank of Commerce of<br>  Memphis, Tenn. (Same as A-1 plfs.)<br>Cates (Same as A-1 & 10 plfs.)<br>Hays & Willatt, Same as A-6 def.)<br>Holland - Same as A-1 & 10 plfs.)<br>Jackson (Same as A-3 & 7 plfs.)<br>Jameson (Same as A-1 & 10 plfs.)<br>Owen, Same as A-1 & 10 plfs.<br>Peters, Same as A-1 & 10 plfs.)<br>Sunderland, Same as A-1 & 10 plfs.)<br>Wages (Same as A-1 & 10 plfs.)<br>Stovall (Same as A-5 & 9 plfs.)<br>Tennyson (Same as A-2 & 8 plfs.)<br>Thirkield (Same as A-1 & 10 plfs.)<br>Broadwell (Same as A-1 and 10 plfs.)<br>Doran (Same as A-1 & 10 plfs.)<br>Stanton (Same as A-1 & 10 plfs.)<br>Thompson (Same as A-1 & L0 plfs.)<br>Walton (Same as A-4 plfs.) |

# ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE NEWORLEANS (MOINSANT FIELD), LOUISIANA AIR DISAST ON MARCH 20, 1996

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 cont. | | National Bank of Comerce of Nashville, Tenn. (Same as A-1 0 plf.) <br> Avion, Inc. ) <br> Avion Airways, Inc.) Same as A-6 <br> Pauline F. Hayes ) above def. <br> Mike Willatt ) (Bland) |
| B- | Tanner Davis, Esq. <br> 100 N. Main Street <br> Memphis, Tennessee | ~~Winford Smith~~ <br> ~~4022 _____~~ <br> ~~Memphis, Tennessee~~ <br><br> Jack C. Brooks <br> 3262 Millington Street <br> Memphis, Tennessee <br><br> Kenneth C. Caldwell <br> 3912 Highway 51 South <br> Memphis, Tennessee |
| B-1 | Same as A-1 (Causey) | |
| B-2 | Same as A-2 & 3 (Porter) | Vaughn L. Harrell <br> 502 McCall's Building <br> Memphis, Tennessee |
| B-3 | | |
| B-4 | Same as a-5 (Kelly) | Billy Spence <br> 4490 Millbranch Road <br> Memphis, Tennessee |
| ~~D-1~~ | ~~Same as A-1, A-4~~ | ~~Same as A-1~~ <br> ORION INSURANCE CO. <br> ASSOCIATED UNDERWRITERS <br> Gordon Close, Esquire <br> Lord, Bissell & Brook <br> 135 S. LaSalle Street <br> New York, New York  60603 |

p. _1_

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __64__ -- IN RE AIR CRASH DISASTER AT NEW ORLEANS (MOISANT FIELD), LOUISIANA ON MARCH 20, 1969

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| UNITED STATES | A-1 thru 5 |
| AVION AIRWAYS, INC. | A-6-7-8-9-10-11 |
| AVION, INC. | A-6-7-8-9-10-11 |
| PAULINE F. HAYES | A-6-7-8-9-10-11 |
| MIKE WILLATT | A-6-7-8-9-10-11 |
| BABER, MARTHA G.: RODNEY D, JR.: MICHAEL: FIRST NATIONAL BANK OF MEMPHIS, TENN  P-A-1 + 10 | A-11 |
| BONDS, JANE H.: DOROTHY S.: JULIE R.: ROBERT L. COX: FIRST NAT"L BANK OF MEMPHIS, TENN.  P-A-1 + 10 | A-11 |
| BYRD, ALICE E.: NAT"L BANK OF COMMERCE OF MEMPHIS, TENNESSEE) P. P. | A-11 |
| CATES, MARY I: A. J. III: & DARRYL DAVIDSON  P-A-1 + 10 | A-11 |
| ~~PAULINE F. HAYES MIKE WILLATT~~ | ~~A~~ |

p. 2

| | |
|---|---|
| HOLLAND, ANN | A-11 |
| P-A-1 + 10 | |
| JACKSON, ANNE C.: JON CHARLES: DEBRA ANNE: JILL AND CECIL G. KELTNER | A-11 |
| P-A-3 + 7 | |
| JAMESON, LOLA | A-11 |
| P-A-1 + 10 | |
| OWEN, ANNA L. | A-11 |
| P-A-1 + 10 | |
| PETERS, ANN E. | A-11 |
| P-A-1 + 10 | |
| PETERS, FRANCES | A-11 |
| P-A-1 + 10 | |
| SUNDERLAND, ANN E. | A-11 |
| P-A-1 + 10 | |
| WAGES, GERTIE O. | A-11 |
| P-A-1 + 10 | |
| STOVALL, ADDILE W. | A-11 |
| P-A-5 + 9 | |
| TENNYSON, LOIS L. | A-11 |
| P-A-2 + 8 | |
| THIRKIELD, MARJORIE | A-11 |
| P-A-1 + 10 | |

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 64 -- NEW ORLEANS (MOISANT FIELD) LA. CRASH

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| BROADWELL, CYRUS L.  P-A-1 ♥ 10 | A-11 |
| BROOKS, JACK CLARENCE | A-11 |
| CALDWELL, KENNETH C. | A-11 |
| DORAN, WILL  P-A-1 ♥ 10 | A-11 |
| HARRELL, VAUGHN L. | A-11 |
| SMITH, WINFORD | A-11 |
| SPENCE, BILLY | A-11 |
| STANTON, HUGH, JR.  P-A-1 ♥ 10 | A-11 |
| THOMPSON, JOHN B.  ♥ P-A-1 ♥ 10 | A-11 |
| P-A-6  WALTON, VAN W.  P-A-4 | A-11 |

p. _____

| | |
|---|---|
| NATIONAL BANK OF COMMERCE OF NASVHILLE, TENN P-A-10 Orion Ins. Co | |
| Associated Underwriter | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |